IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| WILLIAM F. UECKERT, JR., <br> Plaintiff | § § § | |
| VS. | § | C.A. NO. 7:18-CV-00302 |
| | § | |
| CITY OF PHARR, TEXAS, <br> JUAN G. GUERRA, AND ED WYLIE <br> Defendants | § § § | |

### DEFENDANT JUAN GUERRA'S
### NOTICE OF APPEAL

MAY IT PLEASE THE COURT:

Notice is hereby given that DEFENDANT JUAN GUERRA (hereafter "DEFENDANT") files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from an Oral Ruling/lack of order, essentially denying the Defendant a ruling from which to appeal his Motion for Summary Judgment based in part on qualified immunity.

Defendant Juan Guerra notes that the Court has never provided a written order denying Defendant's qualified immunity Motion for Summary Judgment from which to timely appeal. Consequently, Defendant Guerra files this Appeal to avoid being put to trial without a written Order ruling granting or denying his qualified immunity assertion.

SIGNED this 20th day of April 2022.

Respectfully submitted,

By: *Ricardo J. Navarro*
RICARDO J. NAVARRO
Attorney In Charge
State Bar No. 14829100
So. Dist Id No. 5953
rjnavarro@rampagelaw.com

        **DENTON NAVARRO ROCHA BERNAL & ZECH**
A Professional Corporation
701 E. Harrison Ste. 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)

By: *Robert L. Drinkard*
ROBERT L. DRINKARD
State Bar No. 24007128
So. Dist Id No. 23712
rldrinkard@rampagelaw.com
**DENTON NAVARRO ROCHA BERNAL & ZECH**
A Professional Corporation
701 E. Harrison Ste. 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)

**COUNSEL FOR DEFENDANTS CITY OF PHARR, TEXAS AND JUAN GUERRA**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of this document has been served on the persons or parties identified below in accordance with one or more of the recognized methods of service by the Federal Rules of Civil Procedure on the 20th day of April 2022.

Katie P. Klein                                        **By E-Filing Methods**
William D. Mount, Jr.
DALE & KLEIN, LLP
1100 E. Jasmine Ave., Ste 202
McAllen, Texas 78501
**Attorney for Plaintiff**

        *Robert L. Drinkard*
RICARDO J. NAVARRO
ROBERT L. DRINKARD

Ueckert v. City of Pharr
Defendant Guerra's Notice of Appeal                                            2