**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **WILLIAM F. UECKERT, JR.,** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **C.A. NO. 7:18-CV-00302** |
| | § | |
| **CITY OF PHARR, TEXAS,** | § | |
| **and JUAN G. GUERRA** | § | |
| **Defendants** | § | |

**DEFENDANTS FIRST AMENDED EXHIBIT LIST**
**EXHIBIT D-1 TO JOINT PRE-TRIAL ORDER**
_____

May It Please the Court:

    DEFENDANTS JUAN GUERRA AND CITY OF PHARR, TEXAS submit this current exhibit list in conjunction with the Joint Pre-Trial Order. The numbering and order of said exhibits is subject to change. Defendants reserves the right to amend this exhibit list as trial approaches.

    Signed on this 11th day of January 2023.

Respectfully Submitted,

By:    <u>Robert L. Drinkard</u>
      ROBERT L. DRINKARD
      State Bar No. 24007128
      So. Dist Id No. 23712
      rldrinkard@rampagelaw.com
      **DENTON NAVARRO ROCHA**
      **BERNAL & ZECH**
      A Professional Corporation
      701 E. Harrison Ste. 100
      Harlingen, Texas 78550
      956/421-4904
      956/421-3621 (fax)

By:    <u>Ricardo J. Navarro</u>
RICARDO J. NAVARRO
State Bar No. 14829100
So. Dist Id No. 5953
rjnavarro@rampagelaw.com
**DENTON NAVARRO ROCHA**
**BERNAL & ZECH**
A Professional Corporation
701 E. Harrison Ste. 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)

By:    <u>John-Michael W. Hayward</u>
JOHN-MICHAEL W. HAYWARD
State Bar No. 24087693
So. District ID No. 2338770
jmhayward@rampagelaw.com
**DENTON NAVARRO ROCHA**
**BERNAL & ZECH**
A Professional Corporation
701 E. Harrison Ste 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)

**COUNSEL FOR DEFENDANTS**
**CITY OF PHARR, TEXAS AND**
**JUAN GUERRA**

## DEFENDANTS' FIRST AMENDED EXHIBIT LIST

| Ex. | Description | Agree | Objection | Admit | Date |
|---|---|---|---|---|---|
| 1 | Plaintiff's job description | | | | |
| 2 | 7/16 unsigned letters from Ueckert re: utilities | | | | |
| 3 | 7/19/16 signed letters from Ueckert re: utilities | | | | |
| 4 | 8/16 email with attachments from Pedraza to TexDot and others | | | | |
| 5 | 9/7/16 TxDot Saldivar email with attachments | | | | |
| 6 | Joe Torres statement regarding meeting with Plaintiff | | | | |
| 7 | 9/16/16 email from Plaintiff to engineers TEDSI re: certifications | | | | |
| 8 | Joe Torres 9.16.16 email to TEDSI re: certifications | | | | |
| 9 | Joe Torres 9/18/16 email to Guerra | | | | |
| 10 | Plaintiff September 19, 2016 email to Ed Wylie | | | | |
| 11 | Wylie 9/19/16 email with termination recommendation attachments | | | | |
| 12 | Recommendation of Discipline 9-19-2016 | | | | |
| 13 | Proposed Personnel Action Form 9-19-2016 | | | | |
| 14 | Plaintiff termination documents-PAF | | | | |
| 15 | Pharr personnel manual | | | | |
| 16 | Plaintiff self-researched certification docs- Ueckert depo Ex 14 | | | | |
| 17 | Plaintiff self-researched documents regarding certifications- Ueckert depo Ex 17 | | | | |
| 18 | City signed certifications with Mayor cover letter– 10/16 | | | | |
| 19 | TxDot signed certifications-10/16 | | | | |
| 20 | Torres-Saldivar email thread re: certifications 12/19/16 | | | | |
| 21 | Torres-Saldivar email thread with signed certifications -1/17/17 & 12/20/16 | | | | |
| 22 | City signed certifications 12/16-Saldivar depo Ex. 7 | | | | |

| 23 | Plaintiff's Resume; Pltf BS#1-3 (rsp to RFP) | | | | |
|---|---|---|---|---|---|
| 24 | 2014 Tax Returns; Pltf BS#100-108 (Supp Rsp to RFP) | | | | |
| 25 | 2015 Tax Returns; Pltf BS#109-114 (Supp Rsp to RFP) | | | | |
| 26 | 2016 Tax Returns; Pltf BS#115-121 (Supp Rsp to RFP) | | | | |
| 27 | 2017 Tax Returns; Pltf BS#122-127 (Supp Rsp to RFP) | | | | |
| 28 | 2018 Tax Returns; Pltf BS#128-146 (Supp Rsp to RFP) | | | | |
| 29 | 2019 Tax Returns; Pltf BS#147-176 (2nd Supp Rsp to RFP) | | | | |
| 30 | Davila Construction DWQ Records | | | | |
| 31 | 2020 Tax Returns; Pltf BS#177-186 (2nd Supp Rsp to RFP) | | | | |
| 32 | 2021 Tax Returns; Pltf BS#187-215 (2nd Supp Rsp to RFP) | | | | |
| 33 | De Leon & Ybarra lawsuit documents- if needed | | | | |
| 34 | Plaintiff's Deposition Testimony with exhibits | | | | |
| 35 | Ed Wylie's deposition testimony with exhibits | | | | |
| 36 | Juan Guerra's deposition testimony with exhibits | | | | |
| 37 | Witness Joe Torres' deposition testimony with exhibits | | | | |
| 38 | Witness Griselda Saldivar's deposition testimony with exhibits | | | | |
| 39 | Defendant Juan Guerra declaration | | | | |
| 40 | Defendant Ed Wylie declaration with attached documents | | | | |
| 41 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |